**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**KENNIS D. JOHNSON,**

     **Plaintiff,**

**v.**                                         **Case No. 4:23-cv-51-AW-MAF**

**MARQUIS L. WILLIAMS and
BERTRAM R. WILLIAMS, JR.,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge has recommended dismissal of Plaintiff's fourth amended complaint as frivolous. ECF No. 11. There has been no objection to the report and recommendation. I agree with the magistrate judge: the complaint is frivolous.

The motion to proceed IFP (ECF No. 10) is DENIED as moot. The report and recommendation (ECF No. 11) is APPROVED. The clerk will enter a judgment that says, "This case is dismissed without prejudice as frivolous." The clerk will then close the file.

SO ORDERED on July 19, 2023.

                              _s/ Allen Winsor_____
                              United States District Judge